# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PAUL SCOTT HARVEY**                                                                 **PLAINTIFF**

**VS.**                                          **4:24-CV-00236-BRW**

**ERIC HIGGINS, Sheriff,**
**Pulaski County Regional Facility;** *et. al*                                       **DEFENDANTS**

## ORDER

In March 2024, Plaintiff filed a *pro se* lawsuit seeking relief pursuant to 42 U.S.C. § 1983.[1] The Court subsequently granted Plaintiff, who was in custody, permission to proceed *in forma pauperis*.[2] Thereafter, Plaintiff notified the Court that he had been released from custody.[3] The Court then issued an Order giving Plaintiff thirty days to either pay the filing fee in full or file an updated Application to Proceed *In Forma Pauperis*.[4] And the Court cautioned Plaintiff this case would be dismissed without prejudice if he did not do so within thirty days. Plaintiff has not complied with that Order, and the time to do so has expired.

Accordingly, the Complaint is dismissed without prejudice due to a lack of prosecution.[5] An *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.[6]

---

[1] Doc. 2.

[2] Doc. 3.

[3] Doc. 4.

[4] Doc. 7.

[5] Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

[6] 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 11th day of June 2024.

                                                                                                                                                             BILLY ROY WILSON
                                                      UNITED STATES DISTRICT JUDGE