# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PAUL SCOTT HARVEY**                                                     **PLAINTIFF**

**VS.**                            **4:24-CV-00236-BRW**

**ERIC HIGGINS, Sheriff,**
**Pulaski County Regional Facility;** *et. al*                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this <u>11th</u> day of June 2024.

                                                  BILLY ROY WILSON
                                      UNITED STATES DISTRICT JUDGE